UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                  Case No. 2:07-CR-160
                                       JUDGE EDMUND A. SARGUS, JR.

      v.

**HANI S. SHALASH,**

      **Defendant.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment. (ECF No. 26.)  The defendant has been a fugitive since January 25, 2008.

The Motion to Dismiss the Indictment is **GRANTED** and this case is now **DISMISSED without prejudice.**

IT IS SO ORDERED.

**1/26/2023**                                                     **s/Edmund A. Sargus, Jr.**
**DATED**                                                        **EDMUND A. SARGUS, JR.**
                                                                     **UNITED STATES DISTRICT JUDGE**